IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DELORIS GREENWALD and EDWIN GREENWALD, | § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | CASE NO. 4:12cv308 |
| | § | Judge Clark/Judge Mazzant |
| FLAGSTAR BANK, FSB | § § | |
| *Defendant.* | § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 21, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Flagstar Bank, FSB's Motion to Dismiss [Doc. #8] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Flagstar Bank, FSB's Motion to Dismiss [Doc. #8] is granted, and plaintiffs' case is DISMISSED with prejudice.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **17** day of **September, 2012.**

_____
Ron Clark, United States District Judge